IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 C 7155 |
| v. ) ) | Judge Moran |
| RENZENBERGER, INC., ) ) | Magistrate Judge Cole |
| Defendant. ) | |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, counsel of record for Defendant, Renzenberger, Inc., a non-governmental corporate party in the above-captioned action, hereby identifies that Renzenberger, Inc. is a wholly owned subsidiary of Peterson Manufacturing Company, a privately held company.

Dated:  April 1, 2008

Respectfully submitted,

RENZENBERGER, INC.

By:   /s/ Clifford R. Perry III
         Clifford R. Perry III

Clifford R. Perry III (06204955)
cperry@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

Document ID: 471860.1   4/1/2008 11:49:53 AM

2

# CERTIFICATE OF SERVICE

      Clifford R. Perry III, an attorney, hereby certifies that he caused the Defendant's Corporate Disclosure Statement in the above-captioned matter to be served on the parties of record listed below, via Electronic Filing to John C. Hendrickson, Diane I. Smason and Jeanne B. Szromba, through the U.S. District Court, Northern District of Illinois on this 1st day of April, 2008, addressed to:

> Jeanne B. Szromba, Esq.
> jeanne.szromba@eeoc.gov
> John C. Hendrickson, Esq.
> John.hendrickson@eeoc.gov
> Diane I. Smason, Esq.
> diane.smason@eeoc.gov
> EEOC
> 500 West Madison Street
> Suite 2800
> Chicago, IL 60661

                                      /s/ Clifford R. Perry III
                                      Clifford R. Perry III