IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | Case No. 07 C 7155 |
| v. ) ) | Judge Moran |
| ) | Magistrate Judge Cole |
| RENZENBERGER, INC., ) ) | |
| Defendant. ) | |

**NOTICE OF FILING**

TO: Jeanne B. Szromba, Esq.
John C. Hendrickson, Esq.
Diane I. Smason, Esq.
EEOC
500 West Madison Street, Suite 2800
Chicago, IL 60661

    PLEASE TAKE NOTICE that on Tuesday, April 1, 2008, we filed with the Clerk of the Court for the United States District Court for the Northern District of Illinois, Eastern Division, the attached Disclosure Statement, a copy of which is attached and hereby served upon you.

Dated: April 1, 2008                      Respectfully submitted,

                                            RENZENBERGER, INC.

                                            By:   /s/ Clifford R. Perry III
                                                   Clifford R. Perry III

Clifford R. Perry III (06204955)
cperry@lanermuchin.com
Laner, Muchin, Dombrow, Becker,
 Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, Illinois 60610
(312) 467-9800
(312) 467-9479 (fax)

## CERTIFICATE OF SERVICE

Clifford R. Perry III, an attorney, hereby certifies that he caused the Defendant's Notice of Filing in the above-captioned matter to be served on the parties of record listed below, via Electronic Filing to John C. Hendrickson, Diane I. Smason and Jeanne B. Szromba, through the U.S. District Court, Northern District of Illinois on this 1st day of April, 2008, addressed to:

>Jeanne B. Szromba, Esq.
>jeanne.szromba@eeoc.gov
>John C. Hendrickson, Esq.
>John.hendrickson@eeoc.gov
>Diane I. Smason, Esq.
>diane.smason@eeoc.gov
>EEOC
>500 West Madison Street
>Suite 2800
>Chicago, IL 60661

>/s/ Clifford R. Perry III
>Clifford R. Perry III