IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION | ) | |
|     Plaintiff | ) | |
| | ) | CIVIL ACTION NO. 07 C 7155 |
| v. | ) | |
| | ) | Judge James A. Moran |
| RENZENBERGER, INC. | ) | Magistrate Judge Jeffrey Cole |
|     Defendant. | ) | |

### NOTICE OF MOTION

To:  Jeanne Szromba, Esq.            Clifford R. Perry, III, Esq.
      John C. Hendrickson, Esq.       Heather R.M. Becker, Esq.
      Diane I. Smason, Esq.           Laner Muchin Dombrow Becker
      EEOC                                 Levin and Tominberg, Ltd.
      500 West Madison St., Suite 2800    515 North State St., Suite 2800
      Chicago, IL 60661              Chicago, IL 60610

     On **Tuesday, April 29, 2008 at 9:15 a.m.**, or as soon thereafter as counsel can be heard, I shall appear before Judge James B. Moran, or any judge sitting in his stead, in the courtroom usually occupied by him in Room 1843 at the Dirksen Building, 219 S. Dearborn, Chicago, Illinois, and shall then and there present Plaintiff-Intervenor's Motion to Intervenor, attached hereto.

                                                               s/ Ross J. Peters

### CERTIFICATE OF SERVICE

     Under penalty of perjury as provided by law, the undersigned certifies that she caused a copy of this Notice of Motion and Plaintiff-Intervenor's Motion to Intervenor to be served on the parties listed above, via Electronic Filing, at or before 5:00 p.m., this <u>16th</u> day of <u>April</u>, 2008.

                                                                s/ Ross J. Peters

The Law Offices of Ross J. Peters, Ltd.
A Professional Corporation
33 North County Street - Suite 402
Waukegan, Illinois 60085
847-625-1854