

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604
www.ilnd.uscourts.gov

## NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Diane Smason

FIRM: U.S. Equal Employment Opportunity Commission

STREET ADDRESS: 500 West Madison Street, Suite 2000

CITY/STATE/ZIP: Chicago, IL 60661

PHONE NUMBER:   312-353-7526

E-MAIL ADDRESS:  Diane.Smason@eeoc.gov

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 06226130

If you have previously filed an appearance with this Court using a different name, enter that name:

## List all active cases below in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 C 5280 | EEOC v. ATA Airlines | Manning |
| 03 C 5636 | EEOC v. Caterpillar Inc. | Pallmeyer |
| 01 C 4427 | EEOC v. International Profit Associates | Gottschall |
| 07 C 5317 | EEOC v. James Orrington D.M.D., Ltd. | Dow |
| 07 C 7155 | EEOC v. Renzenberger | Norgle |
| 07 C 4115 | EEOC v. Skywest Airlines, Inc. | Andersen |
| 08 C 1720 | EEOC v. Chateau Del Mar, Inc., et al. | Pallmeyer |

/s/ Diane I. Smason                                         July 8, 2008
Attorney's Signature                                        Date