

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**
www.ilnd.uscourts.gov

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

**Instructions:** Complete this form and e-file it in each case you list below. Next, use the CM/ECF "Utilities" menu to update your address information in CM/ECF. Updating this information is critical. Instructions for this procedure can be found on the Court's website in the CM/ECF User Guide section entitled "Managing Your CM/ECF Account." If the CM/ECF system will not permit you to make any changes to the data field used for your firm name, fax this form to 312-554-8512.

NAME: Jeanne Szromba

FIRM: Equal Employment Opportunity Commission

STREET ADDRESS: 500 West Madison Street, Suite 2000

CITY/STATE/ZIP: Chicago, IL 60661

PHONE NUMBER:   312-353-7546

E-MAIL ADDRESS:  Jeanne.Szromba@eeoc.gov

ARDC NUMBER (ILLINOIS STATE BAR MEMBERS): 06207846

If you have previously filed an appearance with
this Court using a different name, enter that name:

**List all active cases below in which you currently have an appearance on file.**

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 07 C 5280 | ATA Airlines | Manning |
| 01 C 4427 | IPA | Gottschall |
| 08 C 7155 | Renzenberger | Norgle |

_____/s/  Jeanne B. Szromba_____        ___7/08/08_____
            Attorney's Signature                                                    Date