IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>    Plaintiff,<br><br>and<br><br>VALERIE JOHNSON,<br>    Plaintiff-Intervenor<br><br>v.<br><br>RENZENBERGER, INC.<br>    Defendant. | Civil Action No. 07 C 7155<br><br>Judge Norgle<br>Magistrate Judge Mason |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), Plaintiff-Intervenor Valerie Johnson and Defendant Renzenberger, Inc. ("Renzenberger" or "Defendant"), by and through their attorneys, jointly file this Motion for Entry of Consent Decree. In support of their Motion, the parties state the following:

1. On December 20, 2007, EEOC filed this action alleging, *inter alia*, that Defendant violated Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"), and Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a, by discriminating against Charging Party Valerie Johnson and a class of female employees by subjecting them to discrimination and harassment because of their sex. On April 29, 2008 Valerie Johnson intervened in the action.

2. The parties have reached a settlement of this matter for both monetary and non-monetary relief in the form of a proposed Consent Decree, attached hereto.

3. The parties hereby request that the Court grant their Motion and enter the proposed Consent Decree to resolve fully this matter.

1

2

Respectfully requested,                                                    Dated:  August 18, 2008


/s Jeanne B. Szromba                                          /s Clifford R. Perry III
Jeanne B. Szromba                                              Clifford R. Perry III
Attorney for Plaintiff                                              Attorney for Defendant
Equal Employment Opportunity Commission    Laner Muchin Dombrow Becker Levin &
500 West Madison Street, Suite 2000                    Tominberg, Ltd.
Chicago, IL  60661                                                  515 N. State St., Suite 2800
                                                                               Chicago, IL 60610


/s Ross J. Peters
Ross J. Peters
Attorney for Plaintiff-Intervenor
The Law Offices of Ross J. Peters, Ltd.
33 North County Street,  Suite 402
Waukegan, Illinois 60085