IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) | |
| Plaintiff, | ) ) | Civil Action No. 07 C 7155 |
| and | ) | Judge Norgle |
| | ) | Magistrate Judge Mason |
| VALERIE JOHNSON, | ) | |
| Plaintiff-Intervenor | ) ) | |
| v. | ) ) | |
| RENZENBERGER, INC. | ) | |
| Defendant. | ) ) | |

## NOTICE OF MOTION

To:

Ross J. Peters
Attorney for Plaintiff-Intervenor
The Law Offices of Ross J. Peters, Ltd.
33 North County Street, Suite 402
Waukegan, Illinois 60085

Clifford R. Perry III
Attorney for Defendant
Laner Muchin Dombrow Becker Levin & Tominberg, Ltd.
515 N. State St., Suite 2800
Chicago, IL 60610

　　　　PLEASE TAKE NOTICE that at 10:00 a.m. on August 20, 2008, I will present **JOINT MOTION FOR ENTRY OF CONSENT DECREE,** a copy of which has been served on you, before the Honorable Judge Charles R. Norgle of the United States District Court for the Northern District of Illinois, Eastern Division at 219 S. Dearborn, Chicago, Illinois 60604.

s/ Jeanne B. Szromba_____
Jeanne B. Szromba
ARDC# 6207846
EEOC
500 West Madison Street, Suite 2800
Chicago, Illinois 60661
Telephone: (312) 353-7546
Fax: (312) 353-8555
E-Mail:  jeanne.szromba@eeoc.gov

1

## CERTIFICATE OF SERVICE

      Jeanne Szromba, an attorney, hereby certifies that she caused a copy of the foregoing **Notice of Motion and Joint Motion for Entry of Consent Decree** to be served by electronic means to counsel of record at the following addresses:

| | |
|---|---|
| Ross J. Peters<br>Attorney for Plaintiff-Intervenor<br>The Law Offices of Ross J. Peters, Ltd.<br>33 North County Street, Suite 402<br>Waukegan, Illinois 60085 | Clifford R. Perry III<br>Attorney for Defendant<br>Laner Muchin Dombrow Becker Levin &<br>Tominberg, Ltd.<br>515 N. State St., Suite 2800<br>Chicago, IL 60610 |

                                                s/ Jeanne B. Szromba_____
                                                Jeanne B. Szromba
                                                ARDC# 6207846
                                                EEOC
                                                500 West Madison Street, Suite 2800
                                                Chicago, Illinois 60661
                                                Telephone: (312) 353-7546
                                                Fax: (312) 353-8555
                                                E-Mail: jeanne.szromba@eeoc.gov