# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7155 | **DATE** | 8/19/2008 |
| **CASE TITLE** | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION vs. REZENBERGER, INC. | | |

**DOCKET ENTRY TEXT**

Enter Consent Decree.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | HF |
|---|---|---|